**Opinion issued June 24, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00263-CR

## NO. 01-14-00264-CR

————————————

**RENE FLORES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 437th District Court**
**Bexar County, Texas**
**Trial Court Case Nos. 2011CR7669W, 2011CR7670W**

**MEMORANDUM OPINION**

Appellant, Rene Flores, has filed motions to dismiss each of these appeals.

The motions are signed by appellant and his attorney. *See* TEX. R. APP. P. 42.2(a).

We have not issued a decision in the appeals.

Accordingly, we grant the motions and dismiss the appeals. *See* TEX. R. APP.
P. 43.2(f). We dismiss any other pending motions as moot.


**PER CURIAM**


Panel consists of Justices Keyes, Sharp, and Huddle.

Do not publish.   TEX. R. APP. P. 47.2(b).